

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JUN 27 2018

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                          NO. 4:12CR00066-01 JLH

KENNETH WAYNE MACK                                                DEFENDANT

## JUDGMENT and COMMITMENT ORDER

Court convened on Wednesday, June 27, 2018, for a scheduled hearing on the government's superseding motion to revoke the supervised release of defendant Kenneth Wayne Mack. Document #42. Assistant United States Attorney Stephanie Mazzanti was present for the government. The defendant appeared in person with his attorney, Assistant Federal Public Defender Molly Sullivan.

Based on the defendant's admission of the allegations in the revocation petition, the Court determined that defendant's supervised release should be revoked. The superseding motion to revoke supervised release is GRANTED. Document #42.

IT IS THEREFORE ORDERED that defendant must complete residential substance abuse treatment followed by five (5) months of home detention with location monitoring, as follows:

- The defendant must participate under the guidance and supervision of the probation office in a substance abuse treatment program which may include drug and alcohol testing, outpatient counseling, and residential treatment. The defendant must abstain from the use of alcohol during supervision. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.
- The defendant will be monitored by Radio Frequency (RM) Monitoring for a period

of five (5) months and he must follow the rules and regulations of the location monitoring program. The defendant will be restricted to his residence every day from 30 minutes prior to his work shift until 30 minutes after his work shift ends (curfew). The co-pay requirement is waived.

IT IS FURTHER ORDERED that a term of supervised release of TWO (2) YEARS from today's date is reimposed.

All other general and standard conditions previously imposed remain in full force and effect.

IT IS SO ORDERED this 27th day of June, 2018.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE